NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MILO D. BURROUGHS,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2011-3141

---

Petition for review of the Merit Systems Protection Board in case no. AT3330100892-I-1.

---

## ON MOTION

---

## ORDER

Milo D. Burroughs submits a motion to "supplement the record" with 3 pages of documents. The Department of the Army has not responded.

It appears that Burroughs is attempting to add documents to his brief, not supplement the record.

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent that the documents attached to Burroughs' motion will be transmitted along with Burroughs' briefs to the merits panel.

FOR THE COURT

AUG 2 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Milo D. Burroughs
Vincent D. Phillips, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 2 2011

JAN HORBALY
CLERK